**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**MONICA LOPEZ, KIMBERLY MARTIN,
Individually, and as next friend of
RAY PRICE, AND REGINA CHARLESTON,
Minor children,**

       **Plaintiffs,**

**v.**                             **Case No.  1:17-cv-00895**

**ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, AND SHELLY SLUGA,**

       **Defendants.**

## NOTICE OF REMOVAL

COMES NOW, Defendant Allstate Property and Casualty Insurance Company and Shelly Sluga, by and through their undersigned attorneys, Chapman and Priest, P.C. (Stephen M. Simone and Jessica C. Singer) for Allstate in the defense of the claim for bad faith, Claim for Violations of the Unfair Claims Practices Act and Insurance Code and Stiff, Keith & Garcia, LLC, by Ann L. Keith, in the defense of the under-insured motorist claim, hereby files this Notice of Removal and in support thereof, state as follows:

1.    Plaintiffs commenced this lawsuit against Allstate by filing their Complaint in the Second Judicial District, Count of Bernalillo, State of New Mexico, cause No. D-202-CV-2017-05211.

2.    Plaintiffs' lawsuit is a civil action which alleges, inter alia, that Allstate committed bad faith and violated the New Mexico Insurance Code and the Unfair Practices Act, all arising out of an underinsured motorist claim, which in and of itself, arose out of an automobile accident which occurred on July 15, 2014, in Albuquerque, New

Mexico. Plaintiffs seeks compensation for their injuries allegedly due to the underinsured motorist, but also seeks punitive damages, interest, attorney's fees and costs arising out of the claims handling by Defendant Allstate.

3.     A true and correct copy of all process, pleadings and orders served upon Allstate relating to this matter are attached hereto as Exhibit  A as provided by §  28 U.S.C. 1446(a).

4.     On or about August 9, 2017, Plaintiffs served Allstate with a copy of the Summons and Complaint, through the CT Corporation. A copy of the letter from the CT Corporation to Allstate is attached as part of Exhibit A. Aside from the material in Exhibit A, Allstate is not aware of any other process, pleadings or orders served upon Allstate in this matter.

5.     Allstate files this Notice of Removal within thirty (30) days of Allstate's receipt of Plaintiffs Complaint and it is therefore timely under 28 U.S.C. § 1446(b).

6.     Venue of this removal is proper under  28 U.S.C. § 1446(a) because this Court is the United State District Court for the District of New Mexico embracing the place where the state court action is pending.

7.     This is a civil action that falls under this Court's original jurisdiction 28 U.S.C. § 1332 (diversity of citizenship) and may be removed to this Court based on diversity of citizenship under 28 U.S.C. § 1441 and 1446.

8.     At the time the Complaint was filed on July 17, 2017, Plaintiffs resided and continue to reside in Bernalillo County, State of New Mexico. Plaintiffs, thus, are and continue to be, citizens of the State of New Mexico.

2

9.     At the time the Complaint was filed on July 17, 2017, and served on Defendant Allstate on August 9, 2017, Defendant Allstate was and continues to be a corporation organized and existing under the laws of the State of the Illinois.  Allstate's principal place of business was and continues to be Northbrook, State of Illinois.  A corporation is a citizen of the state where it is incorporated and "where it has its principal place of business."  28 U.S.C. § 13 32(c)(1).  Allstate, thus, was and continues to be a citizen of the State of Illinois. Defendant Sluga was and continues to be a resident of the state of Utah.

10.    Based on the foregoing, there is diversity of citizenship between Plaintiffs and Defendants based on 28 U.S.C. § 1332(a).

11.    A District Court has original diversity jurisdiction where "the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs  . . ." 28 U.S.C. § 1332(a).

12.    The Plaintiffs Complaint alleges damages but does not allege a specific amount of damages.  Where a complaint does not contain dispositive allegations of the amount in controversy, a defendant may determine the jurisdictional amount by the allegations in the underlying complaint.  *Id.* at 955; *see also Laughlin v. Kmart Corp.,* 50 F.3d 871, 873 (10th Cir. 1995).

13.    A calculation of the amount in controversy includes both compensatory and punitive damages. *Watson v. Blakinship,* 20 F.3d 383, 386 (10th Cir. 1994). (*citing Bell v. Preferred Life Assur. Soc'y,* 320 U.S. 238, 240 (1943).  This calculation may include a reasonable estimate of attorney's fees, as long as the statute permits recovery of such. *Miera v. Dairyland Ins. Co.* 143 F.3d 1337, 1340 (10th Cir. 1998) (*citing Missouri State*

*Life Ins. Co. v. Jones,* 290 U.S. 199, 202 (1933) *see also* 14AA Charles Alan Wright, Arthur R. Miller & Edward H. Copper, *Federal Practice and Procedure* § 3712 (3d ed. 2009).  The calculation also includes treble damage claims.  *See Dairyland,* 143. F.3d at 1340.

14.    Plaintiffs has expressed in their Complaint that they are entitled to compensatory and punitive damages and interest and costs, in addition to attorney's fees, pursuant to the Unfair Practices Act and the Insurance Code.

15.    Based on the foregoing, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332(a), and, accordingly, meets this Court's jurisdictional requirement.

## CONCLUSION

16.    This state court action may be removed to this Court by Defendants in accordance with the provisions of 28 U.S.C. § 1441(a) and (b) because (1) this action is a civil action pending within the jurisdiction of the United States District Court for the District of New Mexico; (2) this action is between the citizens of different states; and (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

17.    Pursuant to 28 U.S.C. § 1441(d), written notice of the removal of this action has been given to Plaintiffs' counsel, and a Notice or Filing for Removal has been filed with the Second Judicial District Court, attached hereto as Exhibit B.

WHEREFORE, Defendant Allstate gives notice that this case is removed from the

Second Judicial District Court, County of Bernalillo, State of New Mexico, to the United States District Court for the District of New Mexico.

Respectfully submitted,

**CHAPMAN AND PRIEST, P.C.**

*/s/Stephen M. Simone*
Stephen M. Simone
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
505-242-6000
stephensimone@cclawnm.com
jessica@cclawnm.com
*Attorneys for Defendants*

And

**STIFF, KEITH & GARCIA, LLC**

*/s/Ann L. Keith*
Ann L. Keith
400 Gold Avenue SW, Suite 1300 West
Albuquerque, NM 87102
505-243-5755
akeith@stifflaw.com
*Attorney for Defendants as to the under-insured motorist claim*

**I HEREBY CERTIFY** that on the 30th day of August, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Thell Thomas
Law Offices of Thell Thomas, LLC
509 Roma NW
Albuquerque, NM 87102
505-242-2109
tthomasjd@gmail.com
*Attorney for Plaintiffs*

*/s/Stephen M. Simone*
Stephen M. Simone

 CT Corporation

**Service of Process Transmittal**
08/09/2017
CT Log Number 531726354

**TO:** Shelby Fields
Allstate Insurance Company
MCO Office, 3600 NW 138th St., Ste. 200
Oklahoma City, OK 73134

**RE:** **Process Served in New Mexico**

**FOR:** Allstate Property and Casualty Insurance Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Monica Lopez, et al., Pltfs. vs. Allstate Property and Casualty Insurance Company and Shelly Sluga, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Certification, Complaint, Summons, Return |
| **COURT/AGENCY:** | Bernalillo County - Second Judicial District Court, NM<br>Case # D202CV201705211 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Espanola, NM |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/09/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | New Mexico |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after the date of service |
| **ATTORNEY(S) / SENDER(S):** | Thell Thomas<br>509 Roma NW<br>Albuquerque, MN 87102<br>505-242-2109 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/09/2017, Expected Purge Date: 08/14/2017<br><br>Image SOP<br><br>Email Notification,  Shelby Fields  shelby.fields@allstate.com<br><br>Email Notification,  Drew Schowengerdt  drew.schowengerdt@allstate.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>206 S Coronado Ave<br>Espanola, NM 87532-2792<br>214-932-3601 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT A

STATE OF NEW MEXICO
**OFFICE OF SUPERINTENDENT OF INSURANCE**
Mailing Address: P.O. Box 1689, Santa Fe, NM  87504-1689
Physical Address: 1120 Paseo de Peralta, Room 428, Santa Fe, NM  87501
Main Phone: (505) 827-4601; Main Fax (505) 827-4734; Toll Free: 1-855-4-ASK-OSI
www.osi.state.nm.us

| | | |
|---|---|---|
| **SUPERINTENDENT OF INSURANCE**<br>John G. Franchini – (505) 827-4299 | | **Service of Process**<br>Room 432<br>(505) 827-4241 |
| **DEPUTY SUPERINTENDENT**<br>Robert Doucette – (505) 827-4439 | | |

August 7, 2017

Allstate Property and Casualty Insurance Co.
C/O CT Corp. System
206 S. Coronado Avenue
Espanola, NM 87532

RE:   **MONICA LOPEZ, KIMBERKY MARTIN, INDIVIDUALLY AND AS NEXT
FRIEND OF RAY PRICE, AND REGINA CHARLESTON, MINOR CHILDREN
V. ALLSTATE PROPERTY AND CASUALTY INSURANCE CO.
D-202-CV-2017-05211**

Dear Mr. President:

In accordance with the provisions of NMSA 1978, Sections 59A-5-31 & 59A-32, enclosed is a
copy of a Summons, Complaint, and Arbitration Certificate on the above styled cause.  Service
was accepted on your behalf on 8/7/2017.

Respectfully,

*John D. Franchini*

John G. Franchini, Superintendent

CERTIFIED MAIL   7010 0290 0002 3836 1917



## SUMMONS

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT COURT**

| | |
|---|---|
| **Court Address:**<br>400 Lomas NW<br>Albuquerque, NM 87102<br>(505) 841-7451 | **Case No.: D-202-CV-2017-05211**<br><br>**Assigned Judge: Honorable Beatrice J. Brickhouse** |
| MONICA LOPEZ, KIMBERLY MARTIN,<br>individually and as next friend of RAY PRICE, and<br>REGINA CHARLESTON, minor children,<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**ALLSTATE PROPERTY AND CASUALTY**<br>**INSURANCE COMPANY, and SHELLY SLUGA,**<br><br>Defendants. | **Defendant:**<br><br>**Allstate Property and Casualty Insurance**<br>**Company**<br>**c/o Office of the Superintendent of**<br>**Insurance**<br>**PO Box 1689**<br>**Santa Fe, NM 87504-1689** |

### TO THE ABOVE NAMED DEFENDANT(S): TAKE NOTICE THAT

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org, 1-800-876-6657, or 1-505-797-6066.

Date at _____, New Mexico this_____ day of _7/20/2017_____, 20_____.

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

By: _Cathy Chavez, Deputy_

/s/ Thell Thomas_____
Thell Thomas
Attorney for Plaintff
509 Roma NW
Albuquerque, NM 87102
(505) 242-2109
(505) 243-9882, fax
tthomasjd@gmail.com

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULE OF**
**CIVIL PROCEDURE FOR DISTRICT COURTS**



**RETURN**

**STATE OF NEW MEXICO**

) ss.

**COUNTY OF BERNALILLO**

I, being duly sworn, on oath, say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 2017, by delivering a copy thereof, with a copy of Complaint for Damages, attached, in the following manner:

[ ] to Defendant _____ *(used when Defendant receives copy of Summons or refuses to receive Summons)*

[ ] to Defendant by Certified Mail as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant _____, who at the time of such service was absent therefrom, and by mailing by first class mail to the Defendant at _____ a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business of employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert Defendant's business address)* and by mailing the summons and complaint by first class mail to the Defendant at _____ *(insert Defendant's last known mailing address)*.

[ ] to _____, an agent authorized to receive service of process for Defendant _____.

[ ] to _____ (parent) (guardian) (custodian) (conservator) (*guardian ad litem*) of Defendant _____ (used when Defendant is a minor or an incompetent person)

[ ] to_____ (name of person), _____ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)

Fees: _____

_____
Signature of Person Making Service

_____
Title (if any)

Subscribed and sworn to
before me this _____ day of
_____, 2017.

_____
Judge, Notary or other Officer
Authorized to Administer Oaths

_____
Official Title

*If Service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

FILED IN MY OFFICE
DISTRICT COURT CLERK
7/17/2017 2:03:15 PM
James A. Noel
Dawna Jarvis

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

NO.    D-202-CV-2017-05211

MONICA LOPEZ, KIMBERLY MARTIN, individually and as next friend of
RAY PRICE, AND REGINA CHARLESTON minor children,

      Plaintiffs,

vs.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND
SHELLY SLUGA,

      Defendants.

## COMPLAINT FOR PERSONAL INJURIES, BAD FAITH INSURANCE CLAIMS HANDLING AND STATUTORY VIOLATIONS

MONICA LOPEZ, KIMBERLY MARTIN, individually and as next friend

of RAY PRICE, AND REGINA CHARLESTON minor children, Plaintiffs herein, by

their lawyer Thell Thomas, for cause of action would respectfully show the Court and

Jury the following:

## I.

### PARTIES

1.     Plaintiffs are resident citizens of Bernalillo County, New Mexico.

2.     Defendant ALLSTATE is a foreign insurance company, a non-resident of the State

    of New Mexico, and is duly authorized to conduct business in New Mexico.

3.     Defendant Shelly Sluga, is a resident of Utah, and works as an adjuster for

    ALLSTATE, she handles New Mexico claims.

4.     Each individual Plaintiff claims less than $75,000.00 in damages.

5.     Venue and jurisdiction are proper because the negligent conduct underlying this cause of action arose in Bernalillo County, New Mexico, and the Lopez family purchased the insurance in question in New Mexico.

## II.

## FACTS AND NATURE OF THE SUIT

6.     On or around July 15, 2014 Ana Chrisjohn drove negligently/recklessly when she crashed into Plaintiffs' vehicle.

7.     Because Ana Chrisjohn acted with a disregard for the safety of others on the roadway, she should be punished for her reckless conduct. She is subject to punitive damages.

8.     As a direct and proximate result of Ms. Chrisjohn's negligence/recklessness, Plaintiffs' vehicle was destroyed.

9.     At the time of this crash Plaintiffs were insured by ALLSTATE Insurance with underinsured motorist insurance coverage. The negligent driver did not have enough insurance coverage to make Plaintiffs whole from their ongoing losses.

10.    Under the terms of the policies and under applicable law, ALLSTATE is liable to the Plaintiffs for all damages Plaintiffs could have recovered from the underinsured driver, had the driver had sufficient insurance to cover Plaintiffs' ongoing damages.  The terms of the ALLSTATE insurance policies issued to the Plaintiffs are hereby incorporated by reference, as if fully set forth herein.

11.    In light of the Plaintiffs' serious, permanent injuries, and consequent medical bills, incurred expenses, and their right to collect damages against the tortfeasor driver, through their lawyer, requested that ALLSTATE pay to Plaintiffs

underinsured motorist insurance coverage in order to compensate them for their uncompensated injuries and damages.

12.     Monica Lopez, Kim Martin, Regina Charleston, and Ray Price provided information to support their claims for damages, and assisted in ALLSTATE's investigation of the claim. In response ALLSTATE selfishly delayed the processing of the claim.

13.     Although the liability of the underinsured driver has been clearly established, and Plaintiff's injuries are serious ALLSTATE has refused to pay anything fair for the claim.  ALLSTATE is unreasonable, ALLSTATE has refused to fairly evaluate the claim. ALLSTATE's refusal to pay the claim is in bad faith with the intent to force Monica Lopez, Kim Martin, Regina Charleston, and Ray Price to discount the reasonable value of their claim thereby taking advantage of Plaintiffs' lack of financial resources to fight ALLSTATE, a huge national corporation.

## ALLSTATE  CORPORATION ADJUSTER SLUGA'S INTENTIONAL BAD ACTIONS

14.     Monica Lopez, Kim Martin, Regina Charleston, and Ray Price re-alleges the allegations set forth above as though fully set forth herein.

15.     Defendant Sluga intentionally failed to fairly evaluate Plaintiffs' underinsured motorist claim. Defendant Sluga dishonestly handles the claim to ALLSTATE's advantage. Defendant Sluga intentionally favored ALLSTATE's interests above Plaintiffs' interests.

16.     Defendant Sluga intentionally failed to negotiate a settlement of Plaintiffs' claims to Plaintiffs' ongoing damage. Adding insult to injury, Sluga initially offered her insureds next to nothing for their losses.

17. Under the terms of the policies and under applicable law, Defendants ALLSTATE and Sluga are liable to Monica Lopez, Kim Martin, Regina Charleston, and Ray Price for all damages not covered by the underinsured tortfeasors insurance policy.

WHEREFORE, Monica Lopez, Kim Martin, Regina Charleston, and Ray Price pray for judgment against ALLSTATE , and Sluga in an amount to be proven at trial which is reasonable to compensate them for their injuries and losses, the costs of this action, pre- and post-judgment interest, punitive damages and any other relief which this Court may deem just and proper.

## COUNT II
## BAD FAITH BREACH OF INSURANCE CONTRACT

18. Monica Lopez, Kim Martin, Regina Charleston, and Ray Price re-alleges the allegations set forth above as though fully set forth herein.

19. Implied in the insurance policies issued by ALLSTATE to Monica Lopez, Kim Martin, Regina Charleston, and Ray Price is the duty on the part of ALLSTATE to deal fairly with, its insured.

20. Further, under New Mexico law, ALLSTATE has the duty to act honestly, promptly, in good faith, and in a non-discriminatory manner in the performance of the insurance contract. ALLSTATE further has an obligation to give equal consideration to its own interests and the interests of its insureds and policyholders.

21. As described herein, ALLSTATE through Sluga has breached these duties and has thereby acted in bad faith.

22.     Specifically, ALLSTATE has failed to offer to pay a reasonable sum to settle Monica Lopez, Kim Martin, Regina Charleston, and Ray Price underinsured motorist claim despite their serious injuries, the large amount of special damages, and the fact that the clear liability of the uninsured driver has been established for some time.

23.     Sluga and ALLSTATE's actions are intentional, malicious, and willful and wanton, thereby justifying an award of punitive and exemplary damages.

WHEREFORE, Plaintiffs respectfully pray for judgment against ALLSTATE, and Sluga in an amount to be proven at trial which is reasonable to compensate Monica Lopez, Kim Martin, Regina Charleston, and Ray Price for their injuries, losses and damages and those same damages which will be sustained in the future, and to punish ALLSTATE and Sluga, for their willful, intentional, misconduct resulting in delay of payment of damages, and forcing litigation upon her, and for such other relief that this Court deems just and proper, awarding Monica Lopez, Kim Martin, Regina Charleston, and Ray Price compensatory and punitive and exemplary damages in an amount to be proven at trial.

### COUNT III
### VIOLATIONS OF NEW MEXICO INSURANCE CODE

27.     Monica Lopez, Kim Martin, Regina Charleston, and Ray Price re-allege the allegations set forth above as though fully set forth herein.

28.     The actions of ALLSTATE as described herein constitute violations of the New Mexico Insurance Code, NMSA § 59A-16-20 (the "Act").

29.     Specifically, ALLSTATE committed the following acts, which are defined by the Act as prohibited practices:

A.     misrepresenting to insureds pertinent facts or policy provisions relating to coverages at issue;

B.     not attempting in good faith to effectuate prompt, fair and equitable settlements of an insured's claims in which liability has become reasonably clear;

C.     compelling insureds to institute litigation to recover amounts due under policy by offering substantially less than the amounts ultimately recovered in actions brought by such insureds when such insureds have made claims for amounts reasonably similar to amounts ultimately recovered;  and

D.     failing to promptly provide an insured a reasonable explanation of the basis relied on in the policy in relation to the facts or applicable law for denial of a claim or for the offer of a compromise settlement.

30.     As a direct and proximate cause of ALLSTATE's violations of the act, Monica Lopez, Kim Martin, Regina Charleston, and Ray Price suffer damages in an amount to be proven at trial.

31.     ALLSTATE's violations of the Act are wanton, malicious, and done with intentional disregard of Monica Lopez, Kim Martin, Regina Charleston, and Ray Price's interests and rights, and of ALLSTATE's duties and obligations under New Mexico law, thereby making ALLSTATE, and Sluga liable to Monica Lopez, Kim Martin, Regina Charleston, and Ray Price liable for exemplary and punitive damages.

32.     Monica Lopez, Kim Martin, Regina Charleston, and Ray Price are entitled to recover reasonable attorneys' fees for ALLSTATE's knowing and intentional

violations of the Act. Monica Lopez, Kim Martin, Regina Charleston, and Ray Price's lawyer reasonably charges $290.00 per hour.

WHEREFORE, Monica Lopez, Kim Martin, Regina Charleston, and Ray Price respectfully pray for judgment awarding compensatory damages against ALLSTATE in an amount to be proven at trial which is reasonable to compensate her for her injuries, losses and damages to be sustained in the future; awarding exemplary damages sufficient to punish ALLSTATE , for its willful, intentional, misconduct resulting in delay of payment of the claim and forcing litigation upon Monica Lopez, Kim Martin, Regina Charleston, and Ray Price; for reasonable lawyer's fees; and for such other relief that this Court deems just and proper.

## COUNT IV
## VIOLATIONS OF NEW MEXICO UNFAIR PRACTICES ACT

33.   Monica Lopez, Kim Martin, Regina Charleston, and Ray Price re-allege the allegations set forth above as though fully set forth herein.

34.   ALLSTATE's actions as described herein constitute violations of the New Mexico Unfair Practices Act, NMSA § 57-12-1 et seq. (the "UPA").

35.   Specifically, ALLSTATE, through its employees and agents such as Sluga knowingly made false or misleading representations in connection with the sale of its insurance services in the regular course of its commerce which tended to or did deceive and mislead Monica Lopez, Kim Martin, Regina Charleston, and Ray Price, including the failure to deliver the quality of insurance services contracted for.

36. In addition, ALLSTATE's actions constitute "unconscionable trade practices" as defined in the UPA in that the insurance services provided to Monica Lopez, Kim Martin, Regina Charleston, and Ray Price resulted in a gross disparity between the value received by her and the price paid for the insurance.

37. ALLSTATE's violations of the UPA ware wanton, malicious, and done with intentional disregard of Monica Lopez, Kim Martin, Regina Charleston, and Ray Price's interests and rights, and of ALLSTATE 's duties and obligations under New Mexico law, thereby making ALLSTATE liable to Monica Lopez, Kim Martin, Regina Charleston, and Ray Price for exemplary and punitive damages.

38. Monica Lopez, Kim Martin, Regina Charleston, and Ray Price are entitled to recover reasonable attorney's fees under the UPA for said violations by ALLSTATE which were knowing and intentional.

WHEREFORE, Monica Lopez, Kim Martin, Regina Charleston, and Ray Price respectfully pray for judgment against ALLSTATE for compensatory damages to be proven at trial which are reasonable to compensate Monica Lopez, Kim Martin, Regina Charleston, and Ray Price for their injuries, losses and damages; for exemplary damages in a just amount to punish ALLSTATE for its willful, intentional, misconduct; for reasonable lawyer's fees; treble damages and for such other relief that this Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF THELL THOMAS, LLC


_/s/ Thell Thomas_____
Thell Thomas
509 Roma NW
Albuquerque, NM 87102
(505) 242-2109
(505) 243-9882, fax

FILED IN MY OFFICE
DISTRICT COURT CLERK
7/17/2017 2:03:15 PM
James A. Noel
Dawna Jarvis

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

NO.   D-202-CV-2017-05211

MONICA LOPEZ, KIMBERLY MARTIN, individually and as next friend of
RAY PRICE, AND REGINA CHARLESTON minor children,

   Plaintiffs,

vs.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND SHELLY
SLUGA,

   Defendants.

## COURT-ANNEXED ARBITRATION CERTIFICATION

Plaintiffs, through their lawyer, Thell Thomas, pursuant to Rule LR2-603 II(B) NMRA

2004, certifies that these parties seek only a monetary judgment and the amount exceeds twenty-

five thousand dollars ($25,000.00), exclusive of punitive damages, interest, costs and attorney

fees.

Submitted by:

   /s/ Thell Thomas
Thell Thomas
Attorney for Plaintiff
Law Offices of Thell Thomas, LLC
509 Roma NW
Albuquerque, NM 87102
(505) 242-2109
tthomasjd@gmail.com

I hereby certify that a copy of this certificate will be
served to opposing counsel or parties concurrently with the
Summons and Complaint.

/s/ Thell Thomas
Thell Thomas

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MONICA LOPEZ, KIMBERLY MARTIN, Individually and as parent and next friend of RAY PRICE, AND REGINA CHARLESTON, Minor children

**DEFENDANTS**
ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY AND SHELLY SLUGA

**(b)** County of Residence of First Listed Plaintiff   BERNALILLO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Northbrook
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thell Thomas - Law Offices of Thell Thomas, LLC
509 Roma NW
Albuquerque, NM 87102       (505) 242-2109

Attorneys *(If Known)*
Stephen M. Simone and Jessica C. Singer - Chapman and Priest, PC
P.O. Box 92438
Albuquerque, NM 87009       (505) 242-6000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

Under TORTS — PERSONAL INJURY also: ☐ 365 Personal Injury - Product Liability; ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability; ☐ 368 Asbestos Personal Injury Product Liability. Under **PERSONAL PROPERTY**: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability.

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1446(a)  28 U.S.C. § 1441 and 1446
Brief description of cause:
Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

MONICA LOPEZ, KIMBERLY MARTIN, Individually and as next friend of
RAY PRICE, AND REGINA CHARLESTON, minor children,

      Plaintiffs,

v.                             No. D-202-CV-2017-05211

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND
SHELLY SLUGA,

      Defendants.

<u>NOTICE OF FILING OF REMOVAL</u>

      PLEASE TAKE NOTICE that Allstate Property and Casualty Insurance Company and Shelly Sluga, by and through its attorneys Chapman and Priest, P.C. (Stephen M. Simone and Jessica C. Singer), has filed a Notice of Removal in the United States District Court for the District of New Mexico.  A true and correct copy of the Notice of Removal, attached to this Notice as Exhibit "1" was emailed to:

Thell Thomas
Law Offices of Thell Thomas, LLC
509 Roma NW
Albuquerque, NM 87102
505-242-2109
tthomasjd@gmail.com
*Attorney for Plaintiffs*

                        Respectfully submitted,

                        CHAPMAN AND PRIEST, P.C.

                        *Stephen M. Simone*
                        Stephen M. Simone
                        Jessica C. Singer
                        P.O. Box 92438
                        Albuquerque, NM 87199
                        Tel: (505) 242-6000
                        stephensimone@cclawnm.com
                        jessica@cclawnm.com
                        *Attorneys for Defendants*



I HEREBY CERTIFY THAT on this 30th day of August 2017, I filed the foregoing electronically through the Odyssey File and Serve system, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and that a copy was sent via e-mail to the following:

Thell Thomas
Law Offices of Thell Thomas, LLC
509 Roma NW
Albuquerque, NM 87102
505-242-2109
tthomasjd@gmail.com
*Attorney for Plaintiffs*


Stephen M. Simone

2